Form B23 (Official Form 23) – (10/06)                                    2006 USBC, Central District of California

## United States Bankruptcy Court
## Central District Of California

FILED

NOV – 6 2007

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

In re:
Tiffeny Chris Stafford

CHAPTER NO.: 7

Debtor(s).

CASE NO.: 6:07-bk-16152-MJ

# DEBTOR'S CERTIFICATION OF COMPLETION
# OF INSTRUCTIONAL COURSE CONCERNING
# PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statement and file by the deadline stated below:*

☑ I, __Tiffeny Chris Baena__, the debtor in the above-styled case hereby certify that on
(Print Name of Debtor)

__10-27-07__, I completed an instructional course in personal financial management provided by
(Date)

__Money Management International, Inc.__
__Crystal Street__, and approved personal financial management instruction provider.
(Name of Provider)

Certification No.: __01267-CAC-DE-002783409__

☐ I, _____, the debtor in the above-styled case hereby certify that no
(Printed Name of Debtor)

personal financial management course is required because:

*[Check the appropriate box.]*

☐       Incapacitated or disability, as defined in 11 U.S.C. § 109(h);

☐       Active military duty in a military combat zone; or

☐       Residence in a district in which the United States trustee (or bankruptcy administrator)
        has determined that the approved instructional courses are not adequate at this time to
        serve the additional individuals who would otherwise be required to complete such
        courses.

Date __10-27-07__            Signature __Tiffany Baena__
                                        Debtor

*Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.*

**Filing Deadlines:** *In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)*

024367

Certificate Number: 01267-CAC-DE-002783409

Bankruptcy Case Number: 07-16152

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 27, 2007, at 12:00 o'clock PM EDT,

Tiffany Chris Baena completed a course on personal financial

management given by telephone by

Money Management International, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.

Date: October 31, 2007        By    /s/Crystal Street

                              Name  Crystal Street

                              Title Education Counselor